UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Jeffery McCaskill  
    Pavonna Young  
        Debtor(s)

Case No. 16 B 09899

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/22/2016.

2) The plan was confirmed on 01/23/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 03/02/2017.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,600.00 |
| Less amount refunded to debtor | $749.06 |
| **NET RECEIPTS:** | **$2,850.94** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,726.55 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $124.39 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,850.94** |
| Attorney fees paid and disclosed by debtor: | $350.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advance Paycheck | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 66.53 | NA | NA | 0.00 | 0.00 |
| AmeriLoan | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 467.41 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance LLC | Unsecured | 467.41 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 188.82 | 188.82 | 188.82 | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 183.36 | 183.36 | 183.36 | 0.00 | 0.00 |
| Becket & Lee LLP | Unsecured | 371.00 | NA | NA | 0.00 | 0.00 |
| BMO Harris Bank | Unsecured | 588.74 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 1,552.00 | 1,552.70 | 1,552.70 | 0.00 | 0.00 |
| Cash Jar | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CB/ASTEWRT | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| Ccs/First National Ban | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 5,320.00 | 2,928.00 | 2,928.00 | 0.00 | 0.00 |
| City of Chicago Heights Water Billing Dep | Unsecured | 381.91 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 415.76 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 302.00 | 716.12 | 716.12 | 0.00 | 0.00 |
| Commonwealth Financial | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| Creditonebnk | Unsecured | 499.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection B | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 15,653.00 | 16,174.47 | 16,174.47 | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 833.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fair Collections & Out | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST CHOICE | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| First Choice Bank/Cws | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| First National Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Golden Valley Lending | Unsecured | 0.00 | 560.00 | 560.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Collection Service | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Unsecured | 0.00 | 6,031.24 | 6,031.24 | 0.00 | 0.00 |
| Illinois Dept Of Human Services | Priority | 6,031.00 | 694.38 | 694.38 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 176.10 | 409.92 | 409.92 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 1,761.00 | 2,100.58 | 2,100.58 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 6,989.00 | 4,335.31 | 4,335.31 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 7,089.56 | 7,089.56 | 0.00 | 0.00 |
| MABT/MILSTNE | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | 547.06 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 0.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 390.87 | 303.24 | 303.24 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 0.00 | 1,516.47 | 1,516.47 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 0.00 | 1,437.46 | 1,437.46 | 0.00 | 0.00 |
| Peoples Energy | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 535.06 | 535.06 | 535.06 | 0.00 | 0.00 |
| Progressive Insurance | Unsecured | 156.17 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 172.11 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 956.37 | 956.37 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 347.00 | 324.84 | 324.84 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 999.00 | 172.11 | 172.11 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 543.00 | 543.29 | 543.29 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Total Finance LLC | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| WEBBNK/FHUT | Unsecured | 266.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,130.27 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$7,130.27** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$41,873.03** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $2,850.94 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$2,850.94** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/30/2017        By: /s/ Marilyn O. Marshall
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**